Case 3:25-cv-00541-KAP   Document 5   Filed 01/08/26   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBRAHIMA MAR, | : |
|     Petitioner | : |
|       v. | : Case No. 3:25-cv-00541-KAP |
| KRISTI NOEM *et al.*, | : |
|     Respondents | : |

<u>Rule and Order</u>

    Petitioner, a detainee at the Moshannon Valley Processing Center, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241 at ECF no. 4 and does not seek to proceed *in forma pauperis*. The Marshal shall make service of the petition and this Rule and Order on the respondents and the United States Attorney for the Western District of Pennsylvania, costs to be advanced by the petitioner.

    Within sixty days of service, respondent, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

DATE: January 8, 2026

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Ibrahima Mar, A204039406
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866

1